# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE HODAWANUS, | Case No. 1:14-cv-00374-LJO-SKO |
| Plaintiff. | **ORDER AFTER SETTLEMENT** |
| v. | |
| CITIGROUP, INC., | |
| Defendant. | |

On June 5, 2014, Plaintiff Kellie Hodawanus ("Plaintiff") filed a Notice of Settlement indicating the parties in this matter have reached a settlement. (Doc. 8.) Plaintiff indicated the parties are finalizing the settlement and anticipate its completion within 60 days.

Accordingly, pursuant to Local Rule 160 of the United States District Court, Eastern District of California, the Court ORDERS the parties, **by no later than August 8, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

///

1

The Court VACATES all pending matters and dates.  The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violate this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated: **June 6, 2014**                             **/s/ Sheila K. Oberto**
                                                                 UNITED STATES MAGISTRATE JUDGE