# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLIE HODAWANUS,** | **CASE NO. 1:14-CV-00374-LJO-SKO** |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** <br> **(Doc. 10.)** |
| vs. | |
| **CITIGROUP, INC.,** | |
| Defendant. | |

On August 1, 2014, Kellie Hodawanus ("Plaintiff") filed a notice of voluntary dismissal of this entire case with prejudice. Doc. 10. This request will be construed as one for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i) because no defendant has yet filed an answer or motion for summary judgment.

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **August 4, 2014**           /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1